# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

DATE 7/22/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/22/2015 8:48:44 AM

CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:** 2014-05868

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 66072295

**DUE** 10/30/2015 **ATTORNEY** 11079300

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 7/2/2015

**REQUEST FOR FINDINGS OF FACT DATE FILED:** 7/8/2015

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 7/21/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

Cause No. 2014-05868

| | | |
|---|---|---|
| GULF COAST INTERNATIONAL, L.L.C., | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| THE RESEARCH CORPORATION OF | § | |
| THE UNIVERSITY OF HAWAII, | § | |
| Defendant. | § | 333RD JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Pursuant to TEX. R. APP. P. 25.1, Plaintiff Gulf Coast International, L.L.C. ("GCI") files this Notice of Appeal.

1. This appeal is taken from the 333rd Judicial District Court of Harris County, Texas, the Honorable Joseph "Tad" Halbach presiding.

2. The style of the case is *Gulf Coast International, L.L.C. v. The Research Corporation of the University of Hawaii.* The cause number is 2014-05868.

3. GCI desires to appeal the Order of Dismissal for Want of Jurisdiction signed by the Court on July 2, 2015, granting the Special Appearance of The Research Corporation of the University of Hawaii and dismissing the action for want of personal jurisdiction.

4. This appeal is taken to the First or Fourteenth Court of Appeals, Houston, Texas.

5. This is not a parental termination or child protective case.

Respectfully submitted,

KAISER, P.C.

/s/ Jeffery B. Kaiser
Jeffery B. Kaiser
TBA No. 11079300
Enterprise Bank Tower
2211 Norfolk, Suite 528
Houston, Texas 77098
Telephone:  713-571-8000
Facsimile:   713-571-8002
jkaiser@kaiser-law.com

Attorneys for Plaintiff
Gulf Coast International, L.LC.

OF COUNSEL:

Kelley M. Keller
TBA No. 11198240
ELLISON & KELLER, P.C.
5120 Woodway Drive, Suite 6019
Houston, Texas 77056
Telephone:  713-266-8218
Facsimile:   713-266-8201
kkeller@ellison-keller.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded as set out below on July 21, 2015:

Michael K. Bell                                    Via E-Service
David Meyer                                        Via E-Service
Blank Rome, LLP
700 Louisiana, Suite 4000
Houston, Texas 77002
Facsimile: 713-228-6605

Attorneys for Defendant The Research
Corporation of the University of Hawaii

/s/ Jeffery B. Kaiser
Jeffery B. Kaiser

2

NO. 2014-05868

| Gulf Coast Int'l LLC | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HARRIS COUNTY, TX |
| | § | |
| Research Corporation of the | § | |
| University of Hawaii | § | 333RD JUDICIAL DISTRICT |

## ORDER OF DISMISSAL FOR WANT OF JURISDICTION

**BE IT REMEMBERED**, that on the ____ day of _____, 2015, came on for consideration Defendant's Special Appearance contesting personal jurisdiction. After considering the Special Appearance with amendments, the response(s), the pleadings, the evidence, the arguments and the authorities, the Court is of the opinion that the Special Appearance should be granted and this case should be dismissed for want of personal jurisdiction.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed for want of personal jurisdiction.

Costs of court are adjudged against Plaintiff, for which let execution issue if not sooner paid.

**SIGNED, this** ____ **day of** _____, **2015.**

_____
Judge Joseph "Tad" Halbach
Presiding Judge

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**F I L E D**
Chris Daniel
District Clerk

JUL - 2 2015

Time:_____
Harris County, Texas

By_____
Deputy

Cause No. 2014-05868

| GULF COAST INTERNATIONAL, L.L.C., | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| THE RESEARCH CORPORATION OF | § | |
| THE UNIVERSITY OF HAWAII, | § | |
| Defendant. | § | 333rd JUDICIAL DISTRICT |

## PLAINTIFF GULF COAST INTERNATIONAL, L.L.C.'S
## REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff Gulf Coast International, L.L.C. files this request for the Court to file findings of fact and conclusions of law in this case.

## Introduction

1. The Plaintiff is Gulf Coast International, L.L.C. The Defendant is The Research Corporation of the University of Hawaii.

2. The Court signed an Order of Dismissal for Want of Jurisdiction on July 2, 2015. See attached **Exhibit "1"**.

## Request For Findings of Fact and Conclusions of Law

3. Plaintiff Gulf Coast International, L.L.C. requests that the Court file findings of fact and conclusions of law and require the clerk to mail copies to all parties as required by Texas Rule of Civil Procedure 297.

4. Plaintiff Gulf Coast International, L.L.C. files this request within 20 days of the date the Court signed the Order of Dismissal for want of Jurisdiction.

1

Respectfully submitted,

KAISER, P.C.


/s/ Jeffery B. Kaiser_____
Jeffery B. Kaiser
Texas Bar No. 11079300
Enterprise Bank Tower
2211 Norfolk, Suite 528
Houston, Texas 77098
Telephone:  713-571-8000
Facsimile:  713-571-8002
Email: jkaiser@kaiser-law.com

Attorneys for Plaintiff,
Gulf Coast International, L.LC.


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded as set out below on July 8, 2015:

| | |
|---|---|
| Michael K. Bell, Esq. | Via E-Service |
| David Meyer, Esq. | Via E-Service |
| Blank Rome, LLP | |
| 700 Louisiana, Suite 4000 | |
| Houston, Texas 77002 | |
| Facsimile: 713-228-6605 | |

Attorneys for Defendant,
The Research Corporation of
the University of Hawaii


/s/ Jeffery B. Kaiser_____
Jeffery B. Kaiser

2

```
CASE NUM: 201405868__ PJN> __  TRANS NUM: _____ CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: DISPOSED (FINAL)
STYLE: GULF COAST INTERNATIONAL L L C    VS RESEARCH CORPORATION OF THE UNIVE
============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
_     00003-0001 AGT        RESEARCH CORPORATION OF THE UN
_     00002-0001 DEF        RESEARCH CORPORATION OF THE UN
_     00001-0001 PLT 11079300 GULF COAST INTERNATIONAL L L C    KAISER, JEFFE
```

```
==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```